(Rev. 4/97)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_State of Delaware_
Plaintiff

V.

_James Addison_
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-101-

I, _James Addison_ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant   ☐ Other

FILED
FEB 14 2008
US DISTRICT COURT
DISTRICT OF DELAWARE

to be scanned

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   **Yes**   No   (If "No" go to Question 2)

   If "Yes" state the place of your incarceration _Sussex Correctional Institution_

   Are you employed at the institution? _no_ Do you receive any payment from the institution? ____

   Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2. Are you currently employed?   Yes   **No**

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _12-07_

3. In the past twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | Yes | **No** |
   | b. | Rent payments, interest or dividends | Yes | **No** |
   | c. | Pensions, annuities or life insurance payments | Yes | **No** |
   | d. | Disability or workers compensation payments | Yes | **No** |
   | e. | Gifts or inheritances | **Yes** | No 25-monthly Don't know |
   | f. | Any other sources | Yes | **No** |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have a cash or checking or savings accounts?   Yes   (No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   Yes   (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I declare under penalty of perjury that the above information is true and correct.

   2-12-08                            James Addison   2-12-08
   DATE                               SIGNATURE OF APPLICANT

# SEE ATTACHED
# SIX MONTH STATEMENT

Printed: 2/5/2008      *Average Daily Balance For Pauper Filing*      Page 1 of 4
*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

SBI: *00149487*        NAME:   *ADDISON, JAMES*

| Date | Balance |
|---|---|
| 08/01/2007 | $0.04 |
| 08/02/2007 | $0.04 |
| 08/03/2007 | $0.04 |
| 08/04/2007 | $0.04 |
| 08/05/2007 | $0.04 |
| 08/06/2007 | $0.04 |
| 08/07/2007 | $23.64 |
| 08/08/2007 | $23.64 |
| 08/09/2007 | $23.64 |
| 08/10/2007 | $23.64 |
| 08/11/2007 | $23.64 |
| 08/12/2007 | $23.64 |
| 08/13/2007 | $0.05 |
| 08/14/2007 | $0.05 |
| 08/15/2007 | $0.05 |
| 08/16/2007 | $0.05 |
| 08/17/2007 | $0.05 |
| 08/18/2007 | $0.05 |
| 08/19/2007 | $0.05 |
| 08/20/2007 | $0.05 |
| 08/21/2007 | $0.05 |
| 08/22/2007 | $0.05 |
| 08/23/2007 | $0.05 |
| 08/24/2007 | $0.05 |
| 08/25/2007 | $0.05 |
| 08/26/2007 | $0.05 |
| 08/27/2007 | $0.05 |
| 08/28/2007 | $0.00 |
| 08/29/2007 | $0.00 |
| 08/30/2007 | $0.00 |
| 08/31/2007 | $0.00 |
| 09/01/2007 | $0.00 |
| 09/02/2007 | $0.00 |
| 09/03/2007 | $0.00 |
| 09/04/2007 | $0.00 |
| 09/05/2007 | $0.00 |
| 09/06/2007 | $0.00 |
| 09/07/2007 | $0.00 |
| 09/08/2007 | $0.00 |
| 09/09/2007 | $0.00 |
| 09/10/2007 | $33.60 |
| 09/11/2007 | $26.51 |
| 09/12/2007 | $26.51 |
| 09/13/2007 | $26.51 |
| 09/14/2007 | $26.51 |
| 09/15/2007 | $26.51 |
| 09/16/2007 | $26.51 |
| 09/17/2007 | $2.61 |



FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 2/5/2008

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

Page 2 of 4

**SBI:** 00149487    **NAME:** ADDISON, JAMES

| Date | Balance |
|---|---|
| 09/18/2007 | $2.61 |
| 09/19/2007 | $2.61 |
| 09/20/2007 | $2.61 |
| 09/21/2007 | $2.61 |
| 09/22/2007 | $2.61 |
| 09/23/2007 | $2.61 |
| 09/24/2007 | $2.61 |
| 09/25/2007 | $2.61 |
| 09/26/2007 | $0.33 |
| 09/27/2007 | $0.33 |
| 09/28/2007 | $0.33 |
| 09/29/2007 | $0.33 |
| 09/30/2007 | $0.33 |
| 10/01/2007 | $0.33 |
| 10/02/2007 | $0.33 |
| 10/03/2007 | $0.33 |
| 10/04/2007 | $0.33 |
| 10/05/2007 | $30.57 |
| 10/06/2007 | $30.57 |
| 10/07/2007 | $30.57 |
| 10/08/2007 | $30.57 |
| 10/09/2007 | $30.57 |
| 10/10/2007 | $30.57 |
| 10/11/2007 | $30.57 |
| 10/12/2007 | $9.63 |
| 10/13/2007 | $9.63 |
| 10/14/2007 | $9.63 |
| 10/15/2007 | $9.63 |
| 10/16/2007 | $9.63 |
| 10/17/2007 | $9.63 |
| 10/18/2007 | $9.63 |
| 10/19/2007 | $0.33 |
| 10/20/2007 | $0.33 |
| 10/21/2007 | $0.33 |
| 10/22/2007 | $0.33 |
| 10/23/2007 | $0.33 |
| 10/24/2007 | $0.33 |
| 10/25/2007 | $50.33 |
| 10/26/2007 | $8.37 |
| 10/27/2007 | $8.37 |
| 10/28/2007 | $8.37 |
| 10/29/2007 | $8.37 |
| 10/30/2007 | $8.37 |
| 10/31/2007 | $6.37 |
| 11/01/2007 | $6.37 |
| 11/02/2007 | $0.21 |
| 11/03/2007 | $0.21 |
| 11/04/2007 | $0.21 |

Printed: 2/5/2008

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008

Page 3 of 4

SBI: *00149487*          NAME:    ADDISON, JAMES

| Date | Balance |
|---|---|
| 11/05/2007 | $0.21 |
| 11/06/2007 | $0.21 |
| 11/07/2007 | $56.95 |
| 11/08/2007 | $56.95 |
| 11/09/2007 | $19.87 |
| 11/10/2007 | $19.87 |
| 11/11/2007 | $19.87 |
| 11/12/2007 | $19.87 |
| 11/13/2007 | $19.87 |
| 11/14/2007 | $19.87 |
| 11/15/2007 | $19.87 |
| 11/16/2007 | $19.87 |
| 11/17/2007 | $19.87 |
| 11/18/2007 | $19.87 |
| 11/19/2007 | $0.09 |
| 11/20/2007 | $0.09 |
| 11/21/2007 | $0.09 |
| 11/22/2007 | $0.09 |
| 11/23/2007 | $0.09 |
| 11/24/2007 | $0.09 |
| 11/25/2007 | $0.09 |
| 11/26/2007 | $0.09 |
| 11/27/2007 | $0.09 |
| 11/28/2007 | $0.00 |
| 11/29/2007 | $0.00 |
| 11/30/2007 | $0.00 |
| 12/01/2007 | $0.00 |
| 12/02/2007 | $0.00 |
| 12/03/2007 | $0.00 |
| 12/04/2007 | $0.00 |
| 12/05/2007 | $71.00 |
| 12/06/2007 | $182.30 |
| 12/07/2007 | $87.89 |
| 12/08/2007 | $87.89 |
| 12/09/2007 | $87.89 |
| 12/10/2007 | $87.89 |
| 12/11/2007 | $87.89 |
| 12/12/2007 | $87.89 |
| 12/13/2007 | $87.89 |
| 12/14/2007 | $63.73 |
| 12/15/2007 | $63.73 |
| 12/16/2007 | $63.73 |
| 12/17/2007 | $63.73 |
| 12/18/2007 | $63.73 |
| 12/19/2007 | $3.73 |
| 12/20/2007 | $3.73 |
| 12/21/2007 | $3.73 |
| 12/22/2007 | $3.73 |

Printed: 2/5/2008     *Average Daily Balance For Pauper Filing*     Page 4 of 4
*For Days the Individual was in Residence at SCI from 8/1/2007 through 1/31/2008*

SBI: *00149487*     NAME:    ADDISON, JAMES

| Date | Balance |
|---|---|
| 12/23/2007 | $3.73 |
| 12/24/2007 | $3.73 |
| 12/25/2007 | $3.73 |
| 12/26/2007 | $2.07 |
| 12/27/2007 | $2.07 |
| 12/28/2007 | $2.07 |
| 12/29/2007 | $2.07 |
| 12/30/2007 | $2.07 |
| 12/31/2007 | $2.07 |
| 01/01/2008 | $2.07 |
| 01/02/2008 | $2.07 |
| 01/03/2008 | $2.07 |
| 01/04/2008 | $2.07 |
| 01/05/2008 | $2.07 |
| 01/06/2008 | $2.07 |
| 01/07/2008 | $2.07 |
| 01/08/2008 | $73.89 |
| 01/09/2008 | $73.89 |
| 01/10/2008 | $73.89 |
| 01/11/2008 | $11.46 |
| 01/12/2008 | $11.46 |
| 01/13/2008 | $11.46 |
| 01/14/2008 | $11.46 |
| 01/15/2008 | $11.46 |
| 01/16/2008 | $11.46 |
| 01/17/2008 | $11.46 |
| 01/18/2008 | $1.60 |
| 01/19/2008 | $1.60 |
| 01/20/2008 | $1.60 |
| 01/21/2008 | $1.60 |
| 01/22/2008 | $1.60 |
| 01/23/2008 | $1.60 |
| 01/24/2008 | $1.60 |
| 01/25/2008 | $1.60 |
| 01/26/2008 | $1.60 |
| 01/27/2008 | $1.60 |
| 01/28/2008 | $1.60 |
| 01/29/2008 | $0.21 |
| 01/30/2008 | $0.21 |
| 01/31/2008 | $0.21 |

*Summary for 'SBI' = 00149487 (184 detail records)*     **Average Daily Balance:**    **$14.27**

## Prior Month -- Individual Statement

Date Printed: 2/5/2008                                        Page 1 of 1

## For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 8/7/2007 | ($10.00) | $0.00 | $0.00 | $0.00 | ($9.96) |
| Payroll | | 8/7/2007 | $33.60 | $0.00 | $0.00 | $0.00 | $23.64 |
| Commissary | | 8/13/2007 | ($23.59) | $0.00 | $0.00 | $0.00 | $0.05 |
| Postage | | 8/14/2007 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.05 |
| Postage | | 8/14/2007 | $0.00 | $0.00 | ($1.39) | $0.00 | $0.05 |
| Copies | | 8/14/2007 | $0.00 | $0.00 | ($0.50) | $0.00 | $0.05 |
| Postage | | 8/28/2007 | ($0.05) | $0.00 | ($0.39) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                 Page 1 of 1

## For Month of September 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/10/2007 | $33.60 | $0.00 | $0.00 | $0.00 | $33.60 |
| Commissary | | 9/11/2007 | ($7.09) | $0.00 | $0.00 | $0.00 | $26.51 |
| Commissary | | 9/17/2007 | ($23.90) | $0.00 | $0.00 | $0.00 | $2.61 |
| Postage | | 9/26/2007 | ($1.39) | $0.00 | $0.00 | $0.00 | $1.22 |
| Postage | | 9/26/2007 | ($0.39) | $0.00 | $0.00 | $0.00 | $0.83 |
| Copies | | 9/26/2007 | ($0.50) | $0.00 | $0.00 | $0.00 | $0.33 |
| | | | | | | Ending Mth Balance: | $0.33 |

## Prior Month -- Individual Statement

Date Printed: 2/5/2008

Page 1 of 1

## For Month of October 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.33 |
|---|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | | |
| Current Location: | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 10/5/2007 | $30.24 | $0.00 | $0.00 | $0.00 | $30.57 |
| Commissary | | 10/12/2007 | ($20.94) | $0.00 | $0.00 | $0.00 | $9.63 |
| Commissary | | 10/19/2007 | ($9.30) | $0.00 | $0.00 | $0.00 | $0.33 |
| Mail MO | CHARLOTTE MILLER | 10/25/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $50.33 |
| Commissary | | 10/26/2007 | ($41.96) | $0.00 | $0.00 | $0.00 | $8.37 |
| Pay-To | MASJID ULLAH CHARI | 10/31/2007 | ($2.00) | $0.00 | $0.00 | $0.00 | $6.37 |
| | | | | | Ending Mth Balance: | | $6.37 |

## Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                 Page 1 of 1

### For Month of November 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.37 |
|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/2/2007 | ($6.16) | $0.00 | $0.00 | $0.00 | $0.21 |
| Mail MO | VERONICA HICKS | 11/7/2007 | $30.00 | $0.00 | $0.00 | $0.00 | $30.21 |
| Payroll | | 11/7/2007 | $26.74 | $0.00 | $0.00 | $0.00 | $56.95 |
| Commissary | | 11/9/2007 | ($37.08) | $0.00 | $0.00 | $0.00 | $19.87 |
| Copies | | 11/16/2007 | $0.00 | $0.00 | ($1.50) | $0.00 | $19.87 |
| Commissary | | 11/19/2007 | ($19.78) | $0.00 | $0.00 | $0.00 | $0.09 |
| Copies | | 11/28/2007 | ($0.09) | $0.00 | ($1.41) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                 Page 1 of 1

## For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 12/4/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | | 12/5/2007 | ($4.00) | $0.00 | $0.00 | $0.00 | ($4.00) |
| Mail MO | VERONICA HICKS | 12/5/2007 | $75.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| Payroll | | 12/6/2007 | $111.30 | $0.00 | $0.00 | $0.00 | $182.30 |
| Commissary | | 12/7/2007 | ($94.41) | $0.00 | $0.00 | $0.00 | $87.89 |
| Copies | | 12/12/2007 | $0.00 | $0.00 | ($0.25) | $0.00 | $87.89 |
| Commissary | | 12/14/2007 | ($24.16) | $0.00 | $0.00 | $0.00 | $63.73 |
| Pay-To | FANNIE WOODHOUS | 12/19/2007 | ($60.00) | $0.00 | $0.00 | $0.00 | $3.73 |
| Copies | | 12/26/2007 | ($1.41) | $0.00 | $0.00 | $0.00 | $2.32 |
| Copies | | 12/26/2007 | ($0.25) | $0.00 | $0.00 | $0.00 | $2.07 |
| | | | | | Ending Mth Balance: | | $2.07 |

## Prior Month -- Individual Statement

Date Printed: 2/5/2008                                                                 Page 1 of 1

## For Month of January 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.07 |
|---|---|---|---|---|---|---|
| 00149487 | ADDISON | JAMES | | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 1/8/2008 | $71.82 | $0.00 | $0.00 | $0.00 | $73.89 |
| Commissary | | 1/11/2008 | ($62.43) | $0.00 | $0.00 | $0.00 | $11.46 |
| Postage | | 1/11/2008 | $0.00 | $0.00 | ($1.39) | $0.00 | $11.46 |
| Commissary | | 1/18/2008 | ($9.86) | $0.00 | $0.00 | $0.00 | $1.60 |
| Postage | | 1/29/2008 | ($1.39) | $0.00 | $0.00 | $0.00 | $0.21 |
| | | | | | | Ending Mth Balance: | $0.21 |

<u>**REQUEST FORM**</u>
**FOR**
<u>**INMATE ACCOUNT ACTIVITY STATEMENT**</u>

Inmate Name: **Addison James**    SBI Number: **149487**
              (Last)    (First)    (M.I.)

Housing Unit: **med-A**

..........................................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_[signed]_ James Addison    _[signed]_ Judith Ann Lederman
Inmate Signature    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office

Date received by business office: JAN 3 0 2008

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: Addison   James
                   (Last)        (First)      (M.I.)
      SBI Number: 149487
      Housing Unit: med-A

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of 8/1, 07 through 1/31, 08.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 14.27.

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires Oct. 31, 2009