IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES ADDISON,               :
                             :
        Petitioner,          :
                             :
v.                           :    Civil Action No. 08-101-JJF
                             :
MICHAEL DELOY,               :
Warden, and ATTORNEY         :
GENERAL OF THE STATE         :
OF DELAWARE,                 :
                             :
        Respondents.         :



**AEDPA ELECTION FORM**

1.  ✓    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

Case 1:08-cv-00101-JJF    Document 4    Filed 03/05/2008    Page 4 of 4

          that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

*James Addison*
Petitioner

I/M: James Addison  BLDG: med-A-149454
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 King Street Lockbox 18
Wilm DE 19801