D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 08cv161 SSF _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

Sent To: LOREN MEYERS
          DEPUTY ATTORNEY GENERAL
Street, Apt No.; or PO Box No: DEPARTMENT OF JUSTICE
                                820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON DE 19801

7007 2680 0003 3008 5018

PS Form 3800, August 2006      See Reverse for Instructions