United States District Court
For the District of Delaware



Scanned
FILED
APR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SS

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 08CV101-JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _R.M____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) R. Minich   C. Date of Delivery 4/11/08<br>D. Is delivery address different from Item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>**WARDEN MICHAEL DELOY**<br>**SUSSEX CORRECTIONAL INSTITUTE**<br>**P.O. BOX 500**<br>**GEORGETOWN, DE 19947** | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 3008 5018 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |