08-101 (JJF)

Judge Joseph J. Farnan,

your Honor,

FILED
MAY 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I received my Docket Sheet, Dated 4-02-08 Exhibits (A) and it clearly stated: that on 9-7-07 a notice of appeal was filed in Supreme Court.

how is it was my appeal was Dismissed

Supreme Court Rule 11(a) Time
A) Computation, in computing any period of time prescribed or allowed by these Rule, by order of court or by statute the day of the act, event or default after which the designated period of time begin to run shall not be included.

The last day's of the period so compute shall be included, unless it is a Saturday or Sunday or other legal holiday or other day on which the office of the clerk is closed in which event the period shall run until the end of the next day on which the office of the clerk is open. When the period of time prescribed or allowed is less than 7 day, intermediate Saturday, Sunday and other shall be excluded in the computation as used in the Rule (legal) holiday shall be those day provided by Statute or appointed by the Governor

As the Chief Justice of the State of Delaware.

There is nothing in the record reflecting in the record that the appellant fail to file a timely notice of appeal in this case, appeal should have been granted.

Thank you
James Liddner

```
                        SUPERIOR COURT CRIMINAL DOCKET                    Page     1
                              ( as of  04/02/2008 )

State of Delaware v.  JAMES ADDISON                              DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.       AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.                  JAMES J ADDISON




Assigned Judge:

Charges:
Count      DUC#        Crim.Action#     Description         Dispo.      Dispo. Date
-----------------------------------------------------------------------------------
 001      0509017496   IN05110410       BURGLARY 2ND        NOLP        01/09/2006
 002      0509017496   IN05110411       THEFT $1000 OR>     NOLP        01/09/2006
 003      0509017496   IN05110412       CRIM MISC <1000     NOLP        01/09/2006
 004      0509017496   IN05121220       ATT BURGLARY 2N     NOLP        08/01/2006
 005      0509017496   IN05121221       POSS BURG TOOL      NOLP        08/01/2006
 006      0509017496   IN05121222       CRIM MISC <1000     NOLP        08/01/2006
 007      0509017496   IN06010590       ATT. BURGLARY 2     NOLP        08/01/2006
 008      0509017496   IN06010591       ATT. BURGLARY 2     NOLP        08/01/2006
 009      0509017496   IN06010598R1     BURGLARY 2ND        GLTY        08/01/2006
 010      0509017496   IN06010599       CRIM MISC <1000     NOLP        08/01/2006
 011      0509017496   IN06010600       THEFT $1000 OR>     NOLP        08/01/2006
 012      0509017496   N06010601        BURGLARY 2ND        DISM        08/01/2006
 013      0509017496   N06010602        THEFT < $1000       DISM        08/01/2006
 014      0509017496   IN05121218R1     BURGLARY 2ND        GLTY        08/01/2006
 015      0509017496   IN05121219       THEFT < $1000       NOLP        08/01/2006

       Event
No.    Date           Event                                         Judge
-----------------------------------------------------------------------------------
1      11/08/2005
       CASE ACCEPTED IN SUPERIOR COURT.
       ARREST DATE: 10/26/2005
       PRELIMINARY HEARING DATE: 110705
       BAIL:  UNSECURED BOND                              8,000.00
       NO CONDITION
2      11/28/2005
       INDICTMENT, TRUE BILL FILED.NO 27
       SCHEDULED FOR CASE REVIEW AND ARRAIGNMENT 12/20/05 AT 9:00
4      12/01/2005
       ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY RESPONSE.
       BY: DADE D. WERB, ESQ
3      12/06/2005
       SUMMONS MAILED.
5      12/15/2005
       MOTION TO INCREASE BAIL FILED BY STATE.
       BY VICTORIA WITHERELL,AG
       SCHED FOR 12/27 @9:30
       12/20/2005                                         SLIGHTS JOSEPH R. III
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page     2
                       ( as of  04/02/2008 )

State of Delaware v.   JAMES ADDISON                      DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.      AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.                 JAMES J ADDISON

        Event
No.     Date         Event                              Judge
------------------------------------------------------------------------
        CASE REVIEW & ARRAIGNMENT CALENDAR: SET FOR FINAL CASE REVIEW.
        DATE:_6/13/2006
6       12/20/2005                               SLIGHTS JOSEPH R. III
        ORDER SCHEDULING TRIAL FILED.
        TRIAL DATE:___6/13/2006
        CASE CATEGORY:_____2
        ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
        UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
        OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
        FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
        CONTINUANCE REQUESTS WILL BE DENIED.
7       12/20/2005                               SLIGHTS JOSEPH R. III
        CASE REVIEW CALENDAR - 10-C FILED_BY_DADE WERB
        12/27/2005                               REYNOLDS MICHAEL P.
        MOTION TO INCREASE BAIL PASSED FOR ONE WEEK JANUARY 3, 2006 AT
        9:30 A.M.  DEFENDANT QUARANTEED IN INFIRMARY.
        01/03/2006
        MOTION TO INCREASE BAIL PASSED.
        DEFENDANT IN ANOTHER COURT
        RESCHED FOR 01/10 @9:30
8       01/09/2006
        CASE CONSOLIDATED WITH: 0512007395
9       01/09/2006
        REINDICTMENT - TRUE BILL FILED.NO 30
        01/09/2006
        CASE CONSOLIDATED WITH: 0512007453
10      01/10/2006
        MEMORANDUM FILED, CONSOLIDATION NOTICE FAXED TO HOWARD R YOUNG
        CORRECTIONAL INSTITUTION.
11      01/10/2006                               REYNOLDS MICHAEL P.
        MOTION TO INCREASE BAIL GRANTED.
        BAIL INCREASED TO SECURED BAIL-HELD   15,000.00.
        IN05110410
        IN05110411
        IN05110412
        **THESE CHARGES HAVE NOW BEEN NOLP W/CONSOLIDATION OF CASES-NEW BAIL
        WILL BE ADDRESSED 01/11 @ FASTTRACK (NEW ARS SINCE RE-INDICTMENT)
        01/11/2006                               SLIGHTS JOSEPH R. III
        FAST TRACK CALENDAR/CASE REVIEW:  SET FOR FAST TRACK FINAL CASE REVIEW
        SCHEDULED FOR 2/9/06 @ 1:00
12      01/13/2006
        ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY RESPONSE.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page     3
                         ( as of  04/02/2008 )

State of Delaware v.  JAMES ADDISON                      DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.      AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.                 JAMES J ADDISON

         Event
No.      Date           Event                            Judge
------------------------------------------------------------------------
         BY: DADE D. WERB, ESQ
         02/09/2006                                 ABLEMAN PEGGY L.
         FAST TRACK CALENDAR/SET FOR TRIAL. 1 WEEK NEEDED FOR TRIAL
13       02/21/2006
         DEFENDANT'S LETTER FILED.
         TO: MR. LETANG
         LETTER REQUESTING NEW PLEA OFFER
14       02/24/2006
         MOTION TO DISMISS CURRENT COUNSEL FILED PRO SE.  REFERRED TO JUDGE
         HERLIHY.
15       02/24/2006
         DEFENDANT'S REQUEST FILED.
         TO: DADE WERB
         REQUEST TO HAVE SUPPRESSION MOTION FILED
16       03/01/2006                                 HERLIHY JEROME O.
         LETTER FROM: JUDGE HERLIHY       TO: MR. ADDISON
         I HAVE RECEIVED YOUR MOTION TO DISMISS COUNSEL AND TO APPOINT NEW
         COUNSEL.  THIS COURT DOES NOT REVIEW THAT SELECTION AND REASSIGN
         COUNSEL.  I HAVE, HOWEVER, FORWARDED TO MR. CROSSE A COPY OF YOUR
         MOTION CONTAINING THE REASON WHY YOU ARE SEEKING DISQUALIFICATION.
17       03/13/2006
         DEFENDANT'S LETTER FILED.
         LETTER RECEIVED BY JUDGE HERLIHY'S CHAMBERS.
         LETTER REGARDING MOTION TO DISMISS COUNSEL.
18       03/16/2006                                 HERLIHY JEROME O.
         REFERRAL MEMORANDUM.
         TO: DADE WERB
         FROM: JUDGE HERLIHY
19       03/22/2006
         MOTION TO SUPPRESS FILED PRO SE.  REFERRED TO COUNSEL OF RECORD.
20       03/23/2006
         REFERRAL TO COUNSEL MEMORANDUM FILED.
         ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
         AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
         COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
         CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
         DIRECTED TO YOU.  DADE WERB
         REFERRED BY: S. NAPIER
21       05/10/2006
         DEFENDANT'S LETTER FILED.
         LETTER TO COUNSEL
22       05/15/2006
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page    4
                         ( as of  04/02/2008 )

State of Delaware v.  JAMES ADDISON                        DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.    AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.               JAMES J ADDISON

        Event
No.     Date            Event                              Judge
------------------------------------------------------------------------
           TRANSCRIPT FILED.
           PRELIMINARY HEARING-DECEMBER 19, 2005
           BEFORE COMM.MCDONOUGH
           C.SIMMONS,RPR
           CONS.CASE #0512007395
23      05/15/2006
           TRANSCRIPT FILED.
           PRELIMINARY HEARING-DECEMBER 19, 2005
           BEFORE COMM.MCDONOUGH
           S.SIMMONS,RPR
           CONS.CASE #0512007453
24      05/22/2006
           SUBPOENA(S) MAILED FOR JURY TRIAL ON 06/13/06 @ 8:45 AM.
25      05/23/2006
           DEFENDANT'S LETTER FILED.
           TO: DADE WERB
           CC: PROTHONOTARY
27      06/01/2006
           SUBPOENA(S) SERVED BY SHERIFF.
28      06/01/2006
           SUBPOENA(S) SERVED BY SHERIFF.
        06/05/2006                                    JURDEN JAN R.
           FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 6/13/06
        06/13/2006                                    JURDEN JAN R.
           TRIAL CALENDAR-JURY TRIAL-CONTINUED. PROSECUTION REQUEST.
           DAG IN TRIAL.
26      06/13/2006
           MOTION FOR CO-COUNSEL FILED PRO SE.  REFERRED TO JUDGE SLIGHTS.
29      06/21/2006
           SCHEDULING ORDER ISSUED
           THE FOLLOWING COURT DATES ARE ESTABLISHED:
           (A) FIRST CASE REVIEW
           (B) FINAL CASE REVIEW
           (C) TRIAL 08/01/2006
30      07/03/2006                                    SLIGHTS JOSEPH R. III
           LETTER FROM: JUDGE SLIGHTS          TO: DADE WERB
           ENCLOSED PLEASE FIND CORRESPONDENCE RECEIVED BY THE COURT FROM THE
           ABOVE REFERRENCED DEFENDANT WHOM YOU REPRESENT.  IT IS REFFERED TO YOU
           FOR SUCH ACTION AS YOU DEEM APPROPRIATE.  SUPERIOR COURT RULE 47
           PROVIDES IN PERTINENT PART, "THE COURT WILL NOT CONSIDER PRO SE
           APPLICATIONS BY DEFENDANTS WHO ARE REPRESENTED BY COUNSEL."  PLEASE
           NOTIFY YOUR CLIENT THAT FURTHER CORRESPONDENCE OR MOTIONS SHOULD BE
```

```
                     SUPERIOR COURT CRIMINAL DOCKET             Page    5
                          ( as of  04/02/2008 )

State of Delaware v.  JAMES ADDISON                     DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.      AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.                 JAMES J ADDISON

       Event
No.    Date           Event                              Judge
------------------------------------------------------------------------
       MAILED DIRECTLY TO YOUR OFFICE FOR APPROPRIATE ACTION.  THANK YOU FOR
       YOUR ATTENTION TO THIS MATTER
31     07/10/2006
       SUBPOENA(S) MAILED FOR JURY TRIAL ON 08/01/06 @ 8:45 AM.
33     07/19/2006
       SUBPOENA(S) SERVED BY SHERIFF.
       SERVICE ON MATTHEW PEARSALL, NO ANSWER, LEFT COPY.
34     07/19/2006
       SUBPOENA(S) SERVED BY SHERIFF.
       SERVICE ON ALISON PEARSALL, NO ANSWER, LEFT COPY.
32     08/01/2006
       TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
       SENTENCE SET FOR 08-20-06
       10/20/2006                                 TOLIVER CHARLES H. IV
       SENTENCING CALENDAR: DEFENDANT SENTENCED.
       10/20/2006                                 TOLIVER CHARLES H. IV
       SENTENCING CALENDAR: DEFENDANT SENTENCED.
35     10/20/2006                                 TOLIVER CHARLES H. IV
       SENTENCE: ASOP ORDER SIGNED & FILED 10/25/2006.
38     01/03/2007
       MOTION FOR REDUCTION OF SENTENCE FILED.
       BY DADE WERB,ESQ
       REFERRED TO ISO FOR JUDGE TOLIVER
36     01/05/2007
       MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
       REFERRED TO JUDGE ABLEMAN
37     01/10/2007
       LETTER FROM A. HAIRSTON, PROTHONOTARY OFFICE  TO MARTIN  O'CONNOR,DAG
       RE: NOTICE OF FILING OF PRO SE MOTION FOR POSTCONVICTION RELIEF.
       ATTACHED: COPY OF MOTION
39     01/29/2007                                 TOLIVER CHARLES H. IV
       MOTION FOR REDUCTION OF SENTENCE DENIED.
       ORDERED THAT SAID MOTION IS DENIED. THE SENTENCE WAS APPROPRIATE WHEN
       IMPOSED GIVEN ALL THE CIRCUMSTANCES THEN EXISTING. THE DEFENDANT HAS
       FAILED TO STATE ANY CHANGE IN CIRCUMSTANCES WHICH WOULD MERIT ANY
       RECONSIDERATION FOR CHANGE IN THE SENTENCE SO IMPOSED ON 10/20/06. CHT
40     02/06/2007                                 ABLEMAN PEGGY L.
       LETTER FROM JUDGE ABLEMAN  TO DADE WERB, ESQ.  RE: RULE 61
       RE: PLEASE SUBMIT YOUR AFFIDAVIT ON OR BEFORE MARCH 5, 2007 .
41     02/15/2007
       LETTER FROM  DADE WERB, ESQ   TO JUDGE ABLEMAN. ENCLOSED PLEASE FIND
       MY AFFIDAVIT SUBMITTED IN CONNECTION WITH MR. ADDISON'S RULE 61.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                   Page     6
                         ( as of  04/02/2008 )

State of Delaware v.   JAMES ADDISON                         DOB: 11/30/1963
State's Atty: MARTIN B O'CONNOR , Esq.        AKA: JAMES J ADDISON
Defense Atty: DADE D WERB , Esq.                   JAMES J ADDISON

       Event
No.    Date           Event                                  Judge
------------------------------------------------------------------------------
42     02/15/2007
          AFFIDAVIT OF PRIOR COUNSEL. RE: RULE 61
          FILED BY DADE WERB, ESQ
          REFERRED TO JUDGE ABLEMAN
43     03/05/2007
          DEFENDANT'S RESPONSE FILED. RE: MOTION FOR POSTCONVICTION RELIEF.
          REFERRED TO JUDGE ABLEMAN.
          PRO SE
44     03/26/2007
          TRANSCRIPT FILED.
          PLEA TRANSCRIPT.
          AUGUST 1, 2006
          BEFORE THE HONORABLE PEGGY L. ABLEMAN
          COURT REPORTER: DOMENIC M. VERECHIA
45     06/15/2007                                         ABLEMAN PEGGY L.
          ORDER: UPON CONSIDERATION OF DEFENDANT'S PRO SE MOTION FOR POST-
          CONVICTION RELIEF DENIED IN PART AND SUMMARILY DISMISSED IN PART.
          IT IS SO ORDERED
46     07/17/2007
          NOTICE OF APPEAL FILED IN SUPREME COURT (COPY)
47     07/17/2007
          MOTION TO COMPEL FILED PRO SE REFERRED TO JUDGE TOLIVER.
48     07/20/2007                                         TOLIVER CHARLES H. IV
          LETTER/ORDER ISSUED BY JUDGE: TOLIVER
          RE: DEFENDANT'S MOTION TO COMPEL IS DENIED.
50     08/10/2007
          DEFENDANT'S REQUEST FILED.
          REFERRED TO JUDGE TOLIVER
          REQUEST FOR SENTENCE MODIFICATION
49     08/15/2007
          MOTION FOR TRANSCRIPT FILED PRO SE.  REFERRED TO JUDGE TOLIVER.
          INFORMA PAUPERIS ATTACHED
51     09/07/2007
          NOTICE OF APPEAL FILED IN SUPREME COURT (COPY)
52     10/05/2007                                         TOLIVER CHARLES H. IV
          ORDER: DEFENDANT'S MOTION FOR TRANSCRIPTS AND INFORMA PAUPERIS IS
          DENIED.  THE DEFEDNANT HAS FAILED TO PROVIDE ANY UPON WHICH THE COURT
          MIGHT BASE THE RELIEF REQUESTED.  JUDGE TOLIVER.
53     10/15/2007                                         TOLIVER CHARLES H. IV
          ORDER: DEFENDANT'S REQUEST FOR MODIFICATION/REDUCTION OF SENTENCE IS
          DENIED.  CASE IS ON APPEAL AND THE COURT NO LONGER HAS JURISDICTION
          OVER THIS MATTER.

                 *** END OF DOCKET LISTING AS OF  04/02/2008 ***
                       PRINTED BY: CSCAHAI
```

I/M: James Addison   BLDG. med- A-149487
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of The Clerk
United State District Court
844 n. King ST lockBox18
Wilmington DE
19801

U.S.M. X-RAY