IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ADDISON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   C.A.No. 08-101-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit the following state court records:

a. Docket, *State v. James Addison*, ID No. 0509017496.

b. Sentencing Order, *State v. James Addison*, ID No. 0509017496, Toliver, J. (Del. Super. Ct. Oct. 20, 2006).

c. Affidavit of Dade Werb, Esq., *State v. James Addison*, ID No. 0509017496, dated Feb. 9, 2007.

d. Order, *State v. James Addison*, ID No. 0509017496, Ableman, J. (Del. Super. Ct. June 15, 2007).

e. Notice of Appeal, *Addison v. State*, No. 464, 2007, filed August 31, 2007.

f. Notice to Show Cause, *Addison v. State*, No. 464, 2007, dated, September 4, 2007.

g. Appellant's Response to Notice to Show Cause, *Addison v. State*, No. 464, 2007, filed September 12, 2007.

h. Order, *Addison v. State*, No. 464, 2007, Jacobs, J. (Del. Oct. 5, 2007).

2

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Gregory E. Smith
                                              Gregory E. Smith, I.D. No. 3869
                                              Deputy Attorney General
                                              820 North French Street, 7th Floor
                                              Carvel State Building
                                              Wilmington, Delaware  19801
Dated: May 23, 2008                  (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on May 23, 2008, he electronically filed the attached *Notice of Filing of State Court Recrds* with the Clerk of Court using CM/ECF. The undersigned further certifies that on May 23, 2008, that he mailed by United States Postal Service the document(s) to the following non-registered participant:

James Addison
SBI No. 00149487
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Gregory E. Smith
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398